## TESTING & EVALUATION AGREEMENT

This agreement which is effective as of December 29th, 2009 (the Effective date) is by and between AMVAC Chemical Corporation ("AMVAC"), having a place of business at 4695 MacArthur Court, Suite 1250, Newport Beach, CA  92660 and Larry L. Walker, a(n) individual, having a place of business at 155 Shady Grove Road, Flintville, TN 37335, ("WALKER"), and each agree as follows:

WHEREAS, the parties have entered into that certain Confidential Disclosure Agreement (the "CDA") dated as of March 12, 2009 which sets forth the terms by which under which WALKER agrees to provide to AMVAC certain confidential information relating to the compound ametryn (the "COMPOUND");

WHEREAS, WALKER owns a US patent (No.6,413,909) (the "PATENT") relating to certain pre-emergent uses of the COMPOUND;

WHEREAS, AMVAC develops, distributes, markets and sells certain agricultural chemicals and is interested in evaluating the COMPOUND to determine whether it might have business potential in AMVAC's portfolio;

NOW, therefore, in consideration for the mutual promises herein and for other good and valuable consideration, the receipt and adequacy of which are acknowledged, the Parties hereby agree as follows:

1. AMVAC will obtain one or more samples of the COMPOUND at its sole cost.

2. The COMPOUND shall be used only at AMVAC's facilities and only by AMVAC, and by individuals working under AMVAC's direction, who agree in writing to be bound by this Agreement. The COMPOUND will be used solely for the purpose described in EXHIBIT A attached hereto and made an integral hereof, and will be used for no other purpose. AMVAC will use the COMPOUND in compliance with all laws and regulations applicable to the use, storage and disposition of the COMPOUND. This agreement does not exclude or limit WALKER to any field development work with the COMPOUND in which he may undertake, provided that WALKER'S scope of work is mutually agreed upon, in advance with AMVAC, and furthermore, that any inventions made by WALKER related to the COMPOUND and the PATENT shall be deemed the invention of AMVAC, and a work for hire.

3. WALKER hereby grants to AMVAC a nonsublicensable, exclusive, nontransferable, royalty-free license to the PATENT solely for the purpose of developing, testing and evaluating the COMPOUND as a pre-emergent herbicide for agricultural applications within the territory of the United States for a term coextensive with the term of this Agreement.

4. In consideration of the license granted in paragraph 3 above, AMVAC agrees to pay WALKER a total of thirty thousand dollars ($30,000.00) in two equal payments of fifteen thousand dollars ($15,000.00), the first payment of which shall be due not later than December 31, 2009 and the second of which shall be due and payable not later than January 31, 2011.

5. The license granted herein shall be restricted to AMVAC's internal use only. The COMPOUND may not be used commercially or for research that is subject to consulting or licensing obligations to a commercial organization whether or not such obligations presently exist or are entered into in the future unless written permission is obtained from WALKER.

6. As a material part of this Agreement, AMVAC agrees that it will maintain the confidentiality of the contents, design and properties of the COMPOUND, including its findings, data, testing and analyses relating thereto.

7. The Parties agree that any inventions, improvements, divisions, continuations, continuations-in-part, patents, patentable products, by-products, and reissues of any patents in and to the claims set forth in the PATENT created or invented or discovered by or through AMVAC or any person working with AMVAC, shall be the property of AMVAC, shall be part of AMVAC's rights, and shall be assigned to AMVAC utilizing an assignment form acceptable to AMVAC. As used in this paragraph "INVENTION" includes, but is not limited to, any process, protein, reaction, combination, molecule, agent, machine, manufacture, or composition of matter, whether patentable or not, and all related data and know-how, as well as other ideas, discoveries, findings, modifications and improvements. AMVAC agrees to license back to WALKER rights to develop, make, use and sell any such invention on terms to be mutually agreed upon by the Parties.

9. The Parties acknowledge that the COMPOUND is or may be subject to one or more patent applications or patents. Except as provided in this Agreement, no express or implied licenses or other rights are provided to AMVAC under any patents, patent applications, trade secrets or other proprietary rights.

10. AMVAC reserves the right to use the research results in support of currently pending and any future patent applications on COMPOUNDS and/or derivatives thereof.

11. AMVAC may not assign or transfer any rights or privileges created by this Agreement without WALKER's prior written consent, except in the case of a merger or sale of all or substantially all of AMVAC's assets.

12. This Agreement shall initially terminate December 31, 2010 (the "Initial Termination Date"). Upon the Initial Termination Date, the parties may agree to extend the term of the Agreement for an additional period of up to thirty six months (the Extension Period). Upon termination of the Extension Period, the parties can either finally terminate the agreement or mutually agree to enter into subsequent extensions of the Agreement.

This Agreement, and any dispute arising under or relating to any provision of this Agreement, shall be governed by and construed in accordance with the laws of the State of California, USA.

14. AMVAC and WALKER both hereby acknowledge that unauthorized disclosure or use of the Confidential Information (as defined in the CDA) and/or the COMPOUND could cause irreparable harm and significant injury which may be difficult to ascertain. Accordingly, the parties agree that both shall have the right to seek and obtain immediate injunctive relief from breaches of this Agreement, only, in the appropriate courts found in the State of California, in addition to any other rights and remedies it may have. Further, the parties hereto agree to the confidentiality provisions of the CDA, which is incorporated by reference herein.

15. This Agreement, taken together with the CDA, constitutes the entire agreement between the parties with respect to the subject matter hereof, supersedes any prior agreement

or understanding on the subject, and may be amended only through a writing that has been executed and delivered by both parties hereto.

AMVAC Chemical Corporation

BY: *(signature)*
NAME: Vincent J. Pascarelli
TITLE: Director, Int'l Bus Development
DATE: December 29, 2009

LARRY L. WALKER

BY: Larry L Walker
NAME: Larry L Walker
TITLE: Individual
DATE: December 29, 2009