1  **K&L GATES LLP**
2  10100 Santa Monica Blvd., 8th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 552-5000
   Facsimile: (310) 552-5001
4  Kevin S. Asfour (SBN 228993)
   *kevin.asfour@klgates.com*

5  State Street Financial Center
   1 Lincoln Street
6  Boston, MA 02111
7  Telephone: (617) 261-3100
   Facsimile: (617) 261-3175
8  John J. Cotter (*pro hac vice*)
   *john.cotter@klgates.com*
9  Eric W. Lee (*pro hac vice*)
   *eric.lee@klgates.com*

10 Attorneys for Defendant AMVAC Chemical
11 Corporation

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

14 | LARRY L. WALKER, | Case No.: 2:18-CV-02317-CAS-SS |
15 | Plaintiff, | |
16 | v. | **NOTICE OF SETTLEMENT** |
17 | AMVAC CHEMICAL CORPORATION, | |
18 | Defendants. | |

**TO THE HONORABLE COURT:**

Please take notice that Plaintiff and Defendant have reached a settlement resolving this action. The parties are now finalizing and executing their formal written agreement, and anticipate concluding the process and dismissing the case within 14 days.

Dated: October 26, 2018    By: */s/ John J. Cotter*
John J. Cotter
Attorneys for Defendant/CounterPlaintiff
AMVAC CHEMICAL CORPORATION

Dated: October 26, 2018    By: */s/ Elizabeth Yang*
Elizabeth Yang
Attorneys for Plaintiff/CounterDefendant
LARRY L. WALKER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is being submitted, concur in this filing's content and have authorized the filing.

DATED: October 26, 2018    K&L Gates LLP

By: */s/ John J. Cotter*
John J. Cotter
Attorneys for Defendant/CounterPlaintiff
AMVAC Chemical Corporation